■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSUE CRUZ, Appellant. [708 NYS2d 649] —Judgment unanimously

affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Smith, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Pine, J. P., Hayes, Hurlbutt, Balio and Lawton, JJ. (Filed Mar. 20, 2000.)